# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| HOME DEPOT U.S.A., INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) CASE NO. 0:20-cv-62424-KMM |
| AIR PROS, LLC and DOUGLAS ANTHONY PERERA, JR., | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P. and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, HOME DEPOT U.S.A., INC., hereby certifies as follows:

1. The name of each person, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including **ALL** subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

HOME DEPOT U.S.A., INC.

RONAN P. DOHERTY, ESQ.

MICHAEL R. BAUMRIND, ESQ.

BONDURANT, MIXSON & ELMORE, LLP

BRETT M. AMRON, ESQ.

PETER J. KLOCK, II, ESQ.

BAST AMRON LLP

<table>
<tr><td>Dated: January 26, 2021</td><td>Respectfully submitted,<br><br>/s/ *Peter J. Klock, II*<br>Brett M. Amron<br>Florida Bar Number 148342<br>Peter J. Klock, II<br>Florida Bar Number 103915<br>**BAST AMRON LLP**<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1400<br>Miami, Florida 33131<br>Telephone: (305) 379-7904<br>Facsimile: (305) 379-7905<br>Email: bamron@bastamron.com<br>Email: pklock@bastamron.com<br>And<br><br>Ronan P. Doherty*<br>Georgia Bar No. 224885<br>Michael R. Baumrind*<br>Georgia Bar No. 960296<br>**BONDURANT, MIXSON & ELMORE, LLP**<br>3900 One Atlantic Center<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia 30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>Email: doherty@bmelaw.com<br>Email: baumrind@bmelaw.com<br><br>*Admitted *pro hac vice*.<br><br>***Attorneys for Plaintiff Home Depot U.S.A., Inc.***</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2021, a true and correct copy of the foregoing has been filed via CM/ECF and served upon all counsel of record.

By: /s/ *Peter J. Klock, II*
Peter J. Klock, II