# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-02053-JPB
## HOME DEPOT U.S.A., INC. v. AIR PROS, LLC et al
## Honorable J. P. Boulee

Minute Sheet for proceedings held on 03/17/2022.

TIME COURT COMMENCED: 02:05 P.M.
TIME COURT CONCLUDED: 02:20 P.M.       COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15                   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Baumrind representing Home Depot U.S.A. Inc.<br>David Broussard representing Air Pros, LLC |
| PROCEEDING CATEGORY: | Discovery Hearing(Non-final Pretrial Conference); |
| MINUTE TEXT: | VTC Hearing re Discovery. After considering the arguments of the parties, Defendants are ordered to start their production no later than March 24, 2022. The production shall conclude no later than March 31, 2022. |
| HEARING STATUS: | Hearing Concluded |