# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOME DEPOT U.S.A., INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | CASE NO. 1:21-cv-02053-JPB |
| AIR PROS, LLC and DOUGLAS ANTHONY PERERA, JR., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Home Depot U.S.A., Inc. and Defendants Air Pros, LLC and Anthony Perera, Jr. hereby notify this Court that they have reached a settlement to resolve all claims the Parties brought or could have brought in this matter and have executed a Settlement Agreement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties mutually stipulate to the dismissal of all claims in this matter, with prejudice, with each Party bearing its/his own fees and costs.

*Signatures follow on the next page.*

Respectfully submitted this 28th day of July, 2022.

| | |
|---|---|
| */s/  Michael R. Baumrind* | */s/  D. Barret Broussard* |
| Ronan P. Doherty | D. Barret Broussard |
| Georgia Bar No. 224885 | Georgia Bar No. 218806 |
| Michael R. Baumrind | **BROUSSARD LAW LLC** |
| Georgia Bar No. 960296 | 925B Peachtree St. # 347 |
| **BONDURANT, MIXSON & ELMORE, LLP** | Atlanta, Georgia 30309 |
| | Telephone: (404) 590-0601 |
| 3900 One Atlantic Center | Email: barret@broussard.law |
| 1201 West Peachtree Street, N.W. | |
| Atlanta, Georgia 30309 | |
| Telephone: (404) 881-4100 | |
| Facsimile: (404) 881-4111 | |
| Email: doherty@bmelaw.com | |
| Email: baumrind@bmelaw.com | |
| | |
| ***Attorneys for Plaintiff*** | ***Attorney for Defendants*** |
| ***Home Depot U.S.A., Inc.*** | ***Air Pros, LLC and*** |
| | ***Douglas Anthony Perera, Jr.*** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 28th day of July, 2022.

>　　　　　　　　　　　　　*/s/ Michael R. Baumrind*
>　　　　　　　　　　　　　Michael R. Baumrind
>　　　　　　　　　　　　　Georgia Bar No. 960296

#3405768v1